UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23119-CV-WILLIAMS

EMILY CASEY, *et al.*,

    Plaintiffs,

v.

MONTE NIDO & AFFILIATES HOLDINGS, LLC,

    Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (DE 21) ("***Notice***"). Upon review of the Notice and the record, it is

**ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WIHTOUT PREJUDICE**.
2. All deadlines and hearings are **CANCELED**.
3. All pending motions are **DENIED AS MOOT**.
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>9th</u> day of December, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE